Max Friedman, Appellant, *v.* Long Island Rail Road Company, Respondent.

Argued October 12, 1948; decided November 18, 1948 .

*Bernard Meyerson* and *Samuel F. Berkon* for appellant.

*Joseph Kane* and *George J. Stacy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.